PHIL LEONARDY, *Petitioner,* v. CITY OF SANFORD, A MUNICIPAL CORPORATION, *Respondent.*

En Banc.

Decision Filed July 24, 1925

A case of original jurisdiction.

*Fred R. Wilson* and *John G. Leonardy,* for Petitioner;

No appearance for Respondent.

Per Curiam.—The writ of certiorari issued herein by this court is hereby quashed. See American Ry. Express Co. v. Weatherford, 86 Fla. 626, 98 South. Rep. 820; State *ex rel.* Stillman v. Merritt, 86 Fla. 164, 99 South. Rep. 230; Carroll v. United States, U. S. —, 45, Sup. Ct. Rep. 280, decided March 2, 1925. See also 45 Sup. Ct. Rep. 546.

Writ of certiorari quashed.

All concur.